STATE OF NEW YORK      )
                                             SS.:
COUNTY OF NEW YORK   )

IAN K. HENDERSON, being sworn, says: I am not a party to the action, am over 18 years of age and reside in Queens, New York. On the 25th day of May, 2007, I served plaintiffs' **SUMMONS and COMPLAINT and JUDGES' RULES** to the following party by depositing a true copy thereof in a post-paid wrapper, registered mail with return receipt requested, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following persons at the last known address set forth after each name below:

TO:   Petra Concrete Inc.
         666-1 Paterson Avenue
         East Rutherford, NJ 07073

IAN K. HENDERSON

Sworn to before me this
29th day of May, 2007

NOTARY PUBLIC

JASON FUIMAN
Notary Public, State of New York
No. 02FU6104740
Qualified in New York County
Commission Expires January 26, 20__