

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE
and PAUL O'BRIEN, as TRUSTEES,

07 CV 4028 (GDB)
ECF CASE

**DEFAULT JUDGMENT**

                                                    Plaintiffs,

                    -against-

PETRA CONCRETE INC.,

                                                    Defendant.
------------------------------------------------------------------------X

This action having been commenced on May 23, 2007 by the filing of a Summons and

Complaint, and a copy of the Summons and Complaint having been served on the defendant Petra

Concrete Inc. on May 29, 2007 by delivering one (1) true copy of the same to the Secretary of the State

of New York, pursuant to Section 307 of New York Business Corporation Law, and a proof of service

having been filed on June 4, 2007, and by registered mail on May 25, 2007, and a proof of service

having been filed on May 29, 2007, and the defendant not having answered the Complaint, and the

time for answering the Complaint having expired, and the Clerk of the Court having issued its

certificate of default on July 20, 2007, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against

Defendant, pursuant to the arbitration award, in the liquidated amount of $2,400.00, representing costs

and fees arising out of the arbitration, in addition to attorneys' fees and costs arising out of this action

in the amount of $1,255.50 for a total of $3,655.50 and that Petra Concrete Inc. and its officers are

ordered to produce any and all books and records relating to Petra Concrete Inc. for the period of May

11, 2005 through March 1, 2007.


Dated:  JUL 2 6 2007
        New York, New York

_____
Honorable George B. Daniels
United States District Judge

This document was entered on the docket
on _____.

2